IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. LONGS II,<br><br>     Plaintiff,<br><br>vs.<br><br>HON JODI NELSON, BRADLEY JOHNSON, Lincoln County Jail Director; DANIEL ZIEG, TROY L. HAWK, and "CHRIS", District Court Clerk;<br><br>     Defendants. | **4:18CV3152**<br><br>**MEMORANDUM AND ORDER** |

  On November 5, 2018, Plaintiff Michael J. Longs II filed an unsigned Complaint against Hon. Jodi Nelson, Bradley Johnson, Daniel Zieg, Troy L. Hawk, and "Chris," District Court Clerk. (Filing No. 1.) On November 6, 2018, the Clerk of Court advised Plaintiff that his Complaint was unsigned and therefore deficient. The Clerk of Court directed Plaintiff to "correct the deficiency" (i.e., file a signed copy of the Complaint) within 15 days, or the pleading "may be stricken from the record of this case." (TEXT ORDER, Filing No. 5.) Plaintiff has failed to follow the Clerk of Court's directions.

  Accordingly, I shall order Plaintiff to file a signed copy of his Complaint if he wishes to continue pursuing this case, in the absence of which this case will be dismissed without further notice. If Plaintiff chooses to correct the Complaint's signature deficiency and continue to pursue this case, the court will then rule on Plaintiff's Motion to Proceed in Forma Pauperis ("IFP"). (Filing No. 2.) The court notes that Plaintiff currently has four other civil cases pending in this court at Case Nos. 4:18CV3146, 4:18CV3148, 4:18CV3153, and 4:18CV3161.[1] As Plaintiff

---
[1] Plaintiff also has a pending habeas case at Case No. 4:18CV3120.

should well be aware from the orders entered in Case Nos. 4:18CV3146, 4:18CV3148, and 4:18CV3153 granting him leave to proceed IFP, pursuant to the Prison Litigation Reform Act, prisoner plaintiffs are required to pay the full amount of the court's $350.00 filing fee by making monthly payments to the court, even if the prisoner is proceeding IFP. 28 U.S.C. § 1915(b). Here, Plaintiff will be required to pay the full amount of the court's $350.00 filing fee *in each of his four other pending cases[2] as well as this fifth present case* should he decide to correct the Complaint's signature deficiency, for a total of $1,750.00. Again, if Plaintiff takes no action in this case to correct the Complaint's signature deficiency, this case **will be dismissed**.

IT IS THEREFORE ORDERED that:

1. By **January 7, 2019**, Plaintiff must file a signed copy of his Complaint (filing no. 1). Failure to comply with the court's order will result in dismissal of this matter without further notice to Plaintiff.

2. The clerk of the court is directed to send Plaintiff a copy of page 1 of Plaintiff's Complaint.

3. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **January 7, 2019**: check for signed copy of Complaint.

Dated this 6th day of December, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

[2] Plaintiff has a pending Motion to Proceed IFP in Case No. 4:18CV3161 which the court will rule upon once the court receives Plaintiff's trust account statement.