IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL J. LONGS II, | |
|---|---|
| Plaintiff, | 4:18CV3152 |
| vs. | |
| HON JODI NELSON, BRADLEY JOHNSON, Lincoln County Jail Director; DANIEL ZIEG, TROY L. HAWK, and "CHRIS", District Court Clerk; | MEMORANDUM AND ORDER |
| Defendants. | |

On December 6, 2018, the court order Plaintiff to file a signed copy of his Complaint (filing no. 1) within 30 days or face dismissal of this action. (Filing No. 8.) To date, Plaintiff has not filed a signed copy of his Complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 17th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge